# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SCANWELL LOGISTICS (CHI) INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 C 5647 |
| | ) | Hon. Marvin E. Aspen |
| VIS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Marvin E. Aspen, District Judge:

On or before January 5, 2018, Plaintiff Scanwell Logistics (CHI) Inc. shall file a jurisdictional statement disclosing the citizenship of each member and sub-member of Defendant VIS, LLC, which is a limited liability corporation. Presently, Plaintiff's complaint only alleges that Defendant is a "limited liability company organized and existing under the laws of the State of South Carolina" and that Defendant has a "number of affiliated companies, all of whom have offices in Travelers Rest, South Carolina." (Am. Compl. (Dkt. No. 16) ¶ 6.) This information is insufficient to establish the citizenship of Defendant. *See Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) ("[T]he citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members."). *See McCready v. White*, 417 F.3d 700, 702 (7th Cir. 2005) ("Plaintiff bears the burden of establishing subject matter jurisdiction before we may decide any other issues in the case."); *TIG Ins. Co. v. Reliable Research Co.*, 334 F.3d 630, 633 (7th Cir. 2003) (finding plaintiff has burden of establishing subject matter jurisdiction, including diversity of citizenship between the parties).

The status hearing previous scheduled for January 11, 2018 is hereby vacated and rescheduled for February 8, 2018 at 10:30 a.m.  It is so ordered.

_____
Honorable Marvin E. Aspen
United States District Judge

Dated: December 20, 2017
Chicago, Illinois